**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9            IN THE UNITED STATES DISTRICT COURT

10

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13   KEITH BRITTO and YVONNE BRITTO,            No. C 13-03508 WHA

14            Plaintiffs,

15      v.                                      **ORDER RE JUDICIAL NOTICE**

16   BANK OF AMERICA, N.A., *et al.*

17            Defendants.

18   _____/

19           Defendants request judicial notice of four documents:  (1) plaintiffs' 2010 chapter seven

20   bankruptcy petition, (2) the related 2010 bankruptcy court discharge order, (3) 2006 deed of trust

21   recorded in the official records of the Alameda County Recorder's office, document number

22   2006022569, and (4) 2011 assignment of deed of trust recorded in the official records of the

23   Alameda County Recorder's Office, document number 2011224053.  While plaintiffs do not

24   object to judicially noticing the bankruptcy petition or the discharge order, they argue that the

25   factual matters stated within the deed of trust and assignment of deed of trust should not be

26   judicially noticed because they are hearsay and therefore reasonably subject to dispute.

27           Public records are judicially noticeable, but disputed facts therein are not.  *Lee v. City of*

28   *L.A.*, 250 F.3d 668, 690 (9th Cir. 2001).  Thus, the 2010 bankruptcy petition and the 2010

     bankruptcy discharge order are hereby judicially noticed.  This order also judicially notices the

1    authenticity and existence of the 2006 deed of trust and 2011 assignment of deed of trust, but

2    does not judicially notice the facts contained in these documents.

3

4        **IT IS SO ORDERED.**

5

6    Dated:  September 7, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California